FILED

JUL 2 3 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>2070 E. 6th Street<br>Stockton, CA 95206 | CASE NO. 2:11-SW-0321 GGH<br><br>[PROPOSED] ORDER UNSEALING SEARCH WARRANT AND APPLICATION |

The government's request to unseal the application and search warrant in the above case is GRANTED.

SO ORDERED.

DATED: July 22, 2013

_____
HON. KENDALL J. NEWMAN
U.S. Magistrate Judge

[Proposed] Order Unsealing Search Warrant and Application

1